# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Wendell Brown,<br><br>                    Plaintiff,<br><br>     v.<br><br>Bank of America, N.A.; et al.,<br><br>                    Defendants. | Case No. 2:24-cv-00867-CDS-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff Wendell Brown's motion "for leave to file certificate of interested parties out of time." (ECF No. 21). Plaintiff seeks the Court's leave to file his certificate of interested parties late, explaining that because he is representing himself, he did not realize he had missed the deadline. The Court finds that Plaintiff has demonstrated good cause and excusable neglect and grants Plaintiff's request. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 21) is **granted.** The Clerk of Court is kindly directed to detach Plaintiff's certificate of interested parties (ECF No. 21-1) and file it on the docket. The Clerk of Court is also kindly directed to send Plaintiff a copy of this order.

DATED: June 10, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE