# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Wendell Brown,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Bank of America, N.A.; Quality Loan Service Corporation,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00867-CDS-DJA<br><br>**Order** |

The Court sets Bank of America, N.A.'s motion to stay discovery (ECF No. 13) for a hearing on **August 14, 2024 at 1:30 PM in LV Courtroom 3A** in front of the Honorable Magistrate Judge Daniel J. Albregts. The Court also notes that Bank of America has not cited the "good cause" standard that this Court employs as articulated in *Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023). The good cause test considers: (1) whether the dispositive motion can be decided without further discovery; and (2) whether good cause exists to stay discovery. *Id.* at *3. Ultimately, guided by Fed. R. Civ. P. 1, the Court is trying to determine whether it is more just to speed the parties along in discovery and other proceedings while a dispositive motion is pending or whether it is more just to delay or limit discovery and other proceedings to accomplish the inexpensive determination of the case. *Id.* **The parties should be prepared to discuss this standard at the August 14, 2024 hearing.**

///

///

///

**IT IS THEREFORE ORDERED** that a hearing on Bank of America's motion to stay discovery (ECF No. 13) is set for **August 14, 2024 at 1:30 PM in LV Courtroom 3A.** The parties should be prepared to discuss the good cause standard for staying discovery at that hearing. A copy of this order will be mailed to Plaintiff by chambers.

DATED: June 11, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE