UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Wendell Brown,<br><br>           Plaintiff<br><br>   v.<br><br>Bank of America, N.A.,<br><br>           Defendant | Case No. 2:24-cv-00867-CDS-DJA<br><br>**Ordering Granting Plaintiff's Motion to Withdraw and Denying Defendant's Motion to Set Aside as Moot**<br><br>[ECF Nos. 35, 36, 40, 47] |

  Plaintiff Wendell Brown seeks to withdraw his motion for default judgment (ECF No. 35) and motion for writ of execution (ECF No. 36) filed on June 17, 2024. ECF No. 47. Brown moves to withdraw the earlier filed motions because the Eighth Judicial District Court set aside the clerk's default entered against defendant Bank of America. *Id.*

  Therefore, Brown's request to withdraw **[ECF No. 47] is granted**; and defendant Bank of America's motion to set aside default **[ECF No. 40] is denied as moot.**

Dated: July 31, 2024

_____
Cristina D. Silva
United States District Judge